1  KAEMPFER CROWELL
   Raleigh C. Thompson, No. 11296
2  Ryan M. Lower, No. 9108
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
4  Facsimile: (702) 796-7181
   Email: rthompson@kcnvlaw.com
5  Email: rlower@kcnvlaw.com

6  *Attorneys for Defendant
   Earl Thomas Layton*
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY GREEN, an individual, | Case No. 2:23-cv-00726-CDS-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| EARL THOMAS LAYTON, a/k/a E. THOMAS LAYTON, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant Earl Thomas Layton ("Defendant"), and Plaintiff Jeffrey Green ("Plaintiff") stipulate and agree to extend Defendant's deadline to respond to the Complaint (ECF No. 1) to August 30, 2023. This stipulation is to allow the parties the time necessary to continue to negotiate and carry out a proposed settlement, which would result in dismissal of this lawsuit. This is the first stipulation for extension of time for Defendant to respond to the Complaint.

Submitted by:

| KAEMPFER CROWELL | SHRENGER & JUNG, LLP |
|---|---|
| | */s/ Jake Jung* |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | Jake Y. Jung<br>1810 East Sahara Avenue, Suite 835<br>Las Vegas, Nevada 89104 |
| *Attorneys for Defendant*<br>*Earl Thomas Layton* | *Attorneys for Plaintiff Jeffrey Green* |

IT IS HEREBY ORDERED that the deadline for Defendant to respond to the Complaint is extended to August 30, 2023.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2023