**KAEMPFER CROWELL**
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

*Attorneys for Defendant
Earl Thomas Layton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY GREEN, an individual, | Case No. 2:23-cv-00726-CDS-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| EARL THOMAS LAYTON, a/k/a E. THOMAS LAYTON, an individual; and DOES 1 through 10, inclusive, | **(2nd Request)** |
| Defendants. | |

Defendant Earl Thomas Layton ("Defendant") and Plaintiff Jeffrey Green ("Plaintiff") stipulate and agree to extend Defendant's deadline to respond to the Complaint (ECF No. 1) from August 30, 2023 to September 20, 2023. This is the second requested extension of the deadline for Defendant to respond to the Complaint. Since the last extension, the parties have agreed in principal to the material settlement terms. They now require the additional time to finalize the agreement and carry out its terms before dismissing this lawsuit.

Submitted by:

| KAEMPFER CROWELL | SHRENGER & JUNG, LLP |
|---|---|
| [signature] | /s/ Jake Y. Jung |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135 | Jake Y. Jung<br>1810 East Sahara Avenue, Suite 835<br>Las Vegas, Nevada 89104 |
| *Attorneys for Defendant*<br>*Earl Thomas Layton* | *Attorneys for Plaintiff Jeffrey Green* |

IT IS HEREBY ORDERED that the deadline for Defendant to respond to the Complaint is extended to September 20, 2023.

**ORDER**

IT IS SO ORDERED.

[signature]
United States Magistrate Judge

Dated: August 31, 2023